IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIMOTHY HAYES                                                                                      PLAINTIFF

v.                                    Case No. 6:25-cv-6111

BRANDON KENNEMORE                                                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 21, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Judge Ford recommends that this case be dismissed without prejudice for failure to comply with the Court's orders.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge